**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Antonio Germaine JOHNSON,
Defendant-Appellant.**

No. 16-7082

United States Court of Appeals,
Fourth Circuit.

Submitted: January 5, 2017

Decided: January 18, 2017

Antonio Germaine Johnson, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, William E. Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Germaine Johnson appeals the district court's order granting a post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED